# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

KAREN ELIZABETH CONKEL, *et al.*　　　*

　　Plaintiff　　　　　　　　　　　　　*

　　v.　　　　　　　　　　　　　　　　*　　CIVIL NO. JKB-13-331

FAMILY AND CHILDREN'S SERVICES　　　*
OF CENTRAL MARYLAND
　　　　　　　　　　　　　　　　　　　*
　　Defendant
\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## MEMORANDUM

In this action there are no remaining claims over which this Court has original jurisdiction. (See ECF No. 22). In an earlier order, the Court noted its power to decline to exercise supplemental jurisdiction over related state claims once it has dismissed the only claim over which it has original jurisdiction. 28 U.S.C. § 1367(c)(3). The Court noted the procedural status (*i.e.,* it is early in the life of this case) and then directed the parties to file briefs addressing the question of whether this case should now be remanded to the Circuit Court for Harford County, Maryland.

The requested briefs have been filed (See ECF Nos. 23, 24) and reviewed by the Court. The Court declines to exercise supplemental jurisdiction over the state claims, which are the only claims now pending in this action. The matter will be remanded to state court. Had the dismissal of the federal claim occurred later in the life of the case, it might have made sense to exercise supplemental jurisdiction in this forum. But, in this relatively young matter, where discovery has not even begun, it cannot be said that interests of efficiency and economy justify retention in federal court. In general, state claims belong in state court.

A separate order follows.

DATED this 13th day of May, 2013.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge